JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFSANEH KHORRAMIAN, et al., | Case No.  CV 17-4543-GW(SSx) |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| U.S. DEPARTMENT OF STATE, et al., | |
| Defendants. | |

     Based upon the Notice of Voluntary Dismissal [19], it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

     IT IS SO ORDERED.

Dated: September 28, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE